## CITIZENS BANK *v.* KENT COMPANY *et al.*

BECK, J. 1. The defendants as to whom the court granted a nonsuit had been stockholders in a corporation which had become insolvent, and the plaintiff sought to recover of these defendants the amount of the unpaid subscriptions for the shares of stock for which it was claimed they were individually liable under the charter of the corporation. But it appears that the shares of stock of these defendants had been transferred to other parties prior to the failure; and it not appearing that the failure of the corporation took place within six months after the date of the transfer of the stock, the court did not err in granting the nonsuit. Civil Code (1910), §§ 2247, 2248.

2. There was no material error in the rulings of the court as to the admission and rejection of testimony.

*Judgment affirmed. All the Justices concur.*
JULY 16, 1914.

Complaint. Before Judge Thomas. Tift superior court. December 3, 1912.

*J. J. Murray,* for plaintiff.

*Fulwood & Skeen, H. S. Murray,* and *R. D. Smith,* for defendants.

---

## CUNNINGHAM *et al. v.* WATERS.

FISH, C. J. 1. Under previous rulings of this court a refusal to direct a verdict will not furnish ground for reversal.

2. There was no error in the charges complained of, requiring a reversal; and the evidence supported the verdict.

*Judgment affirmed. All the Justices concur.*
JULY 16, 1914.

Ejectment. Before Judge Thomas. Colquitt superior court. February 3, 1913.

*W. A. Covington, G. R. Kline,* and *J. D. McKenzie,* for plaintiffs. *James Humphreys* and *W. F. Way,* for defendant.